——— FILED ___ ___ENTERED
——— LODGED___ ___ RECEIVED

APR  6 2007    DJ

AT SEATTLE
CLERK U.S. DISTRICT COURT
BY  WESTERN DISTRICT OF WASHINGTON
                                              DEPUTY

07-CV-00507-CMP

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

Zango, Inc., f/k/a 180solutions, Inc.,          )
a Washington corporation, a/k/a MetricsDirect,  )
                                                )
                Plaintiff,                      )
                                                )    No. **CV7 · 507P**
        v.                                      )
                                                )    **COMPLAINT FOR MONIES DUE**
Mainstream Advertising, a California            )
corporation,                                    )
                                                )
                Defendant.                      )

COMES NOW plaintiff Zango, Inc., f/k/a 180solutions, Inc. (a/k/a MetricsDirect) ("Zango" or "Plaintiff"), by and through its attorneys, Harris & Moure, pllc, and for claims against defendant Mainstream Advertising, alleges as follows:

## I.  PARTIES

1.      Zango is a Washington corporation with its principal place of business at 3600 136th Place SE, Bellevue, Washington.

2.      Defendant Mainstream Advertising is a California corporation with its principal place of business in Woodland Hills, California.

COMPLAINT FOR MONIES DUE - 1

ORIGINAL

**Harris & Moure**
*A Professional Limited Liability Corporation*
720 Olive Way, Suite 1000
Seattle, WA 98101
Phone: (206) 224-5657
Fax: (206) 224-5659

Dockets.Justia.com

1

## II.   JURISDICTION AND VENUE

2

3.   The amount in controversy in this case, exclusive of interest and costs, exceeds

3

seventy five thousand dollars ($75,000) and this Court has diversity jurisdiction pursuant to

4

28 U.S.C. § 1332(a)(2).

5

4.   This Court is the proper venue for this case pursuant to 28 U.S.C. § 1391(a)(2)

6

because the contract/settlement agreement on which Zango is suing was entered into in this district

7

and because a substantial part of the events and omissions giving rise to Zango's claims against

8

Mainstream Advertising occurred in this district.

9

5.   This Court has personal jurisdiction over defendant Mainstream Advertising because

10

defendant contractually consented to the jurisdiction of this Court.  This Court also has personal

11

jurisdiction over defendant Mainstream Advertising under the minimum contacts test of

12

*International Shoe Co. v. Washington,* 326 U.S. 310 (1945), because Mainstream Advertising had,

13

and still has, sufficient dealings with this district to make it reasonable to require it to defend against

14

a lawsuit here.  Mainstream Advertising's activities in this district have been and continue to be

15

continuous and systematic and the claims set forth in this complaint are related to those activities and

16

Mainstream Advertising presumably sells its services into Washington to Washington residents.

17

18

## III.   FACTUAL BACKGROUND

19

6.   Zango is one of the leading providers of Internet search marketing solutions.

20

Specifically, Zango sells Internet advertising that is linked to individualized searching.

21

7.   Defendant Mainstream Advertising works with Internet companies to drive targeted

22

Internet traffic to its web sites.

23

8.   In or around October 2005, Mainstream Advertising contracted in writing with Zango

24

for Zango to provide Mainstream Advertising with Internet advertising.  A true and correct copy of

25

26

COMPLAINT FOR MONIES DUE - 2

**Harris & Moure**
*A Professional Limited Liability Corporation*
720 Olive Way, Suite 1000
Seattle, WA 98101
Phone: (206) 224-5657
Fax (206) 224-5659

1  this October 14, 2005 advertising contract (also referred to as an "Insertion Order") between

2  defendant Mainstream Advertising and Plaintiff is attached hereto as Exhibit A.

3        9.     The advertising contracts between Mainstream Advertising and Zango explicitly state

4  that Mainstream Advertising is subject to Zango's General Terms.

5        10.    The General Terms, to which Mainstream Advertising agreed to be bound, provide

6  that Mainstream Advertising "agree[s] to submit to the exclusive jurisdiction of the state and federal

7  courts located in Seattle, Washington."

8        11.    The General Terms also provide that if there is "any failure by you [Mainstream

9  Advertising] to make payment, you [Mainstream Advertising] will be responsible for all reasonable

10  expenses (including attorneys fees) incurred by Metrics Direct [Zango] in collecting such amounts."

11  A true and correct copy of the General Terms that applied to the advertising contract between

12  defendant Mainstream Advertising and Plaintiff is attached hereto as Exhibit B.

13        12.    Under the advertising contracts Mainstream Advertising signed with Zango,

14  Mainstream Advertising was to pay Zango a certain amount for each time its Internet advertisements

15  and/or Mainstream Advertising's web sites and/or Mainstream Advertising's customers' web sites

16  were viewed by general visitors and a higher amount per viewing by targeted visitors.

17        13.    Zango fully complied with its contracts with Mainstream Advertising by, among

18  other things, providing Mainstream Advertising with targeted Internet traffic for its customers as

19  agreed to under the contracts.

20        14.    Zango provided to Mainstream Advertising the Internet advertising pursuant to the

21  advertising contracts and invoiced Mainstream Advertising for this.

22        15.    Defendant Mainstream Advertising breached its contract with Zango by failing to pay

23  $588,184.37 for the Internet advertising it ordered and received from Zango. A copy of Zango's

24  invoices is attached hereto as Exhibit C.

25

26

COMPLAINT FOR MONIES DUE - 3

**Harris & Moure**
*A Professional Limited Liability Corporation*
720 Olive Way, Suite 1000
Seattle, WA 98101
Phone: (206) 224-5657
Fax (206) 224-5659

16.    Defendant Mainstream Advertising owes Zango at least $588,184.37 in breach of contract damages.

## IV.   CAUSES OF ACTION
### First Cause of Action:  Breach of Contract/Claim
### For Money Due

17.    Plaintiff realleges and incorporates paragraphs 1-16 of this complaint as though fully set forth herein.

18.    Defendant Mainstream Advertising has refused to pay Zango the amounts due and owing to Zango and Zango is entitled to judgment against defendant for the same.

19.    Plaintiff Zango has been damaged by defendant Mainstream Advertising's breaches of contract/failures to pay in an amount to be proven at trial, but in any event, no less than $588,184.37, plus interest, plus attorneys' fees.

### Second Cause of Action: Unjust Enrichment

20.    Plaintiff realleges and incorporates paragraphs 1-19 of this complaint as though fully set forth herein.

21.    Defendant's ending up with the Internet advertising delivered to it by Zango without making payment to Zango constitutes an unjust enrichment of defendant, for which Zango is entitled to compensation in an amount to be proven at trial, but in any event, no less than $588,184.37.

## V.   PRAYER FOR RELIEF

WHEREFORE, plaintiff Zango, Inc. requests judgment in its favor against defendant Mainstream Advertising as follows:

1.    For damages in the amount of $588,184.37, plus interest;

2.    For its reasonable attorneys' fees incurred in connection with this proceeding;

COMPLAINT FOR MONIES DUE - 4

**Harris & Moure**
*A Professional Limited Liability Corporation*
720 Olive Way, Suite 1000
Seattle, WA 98101
Phone: (206) 224-5657
Fax: (206) 224-5659

1    3.    For its costs and expenses incurred in connection with this proceeding;

2    4.    For such other relief as this Court deems just and equitable under the circumstances.

3

4    DATED this Thursday, April 05, 2007

5

6                   **HARRIS & MOURE, pllc**

7

8                   By _____

9                      Daniel P. Harris, WSBA #16778

10                    Charles P. Moure, WSBA # 23701
                       Attorneys for plaintiff Zango, Inc.

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

COMPLAINT FOR MONIES DUE - 5

**Harris & Moure**
*A Professional Limited Liability Corporation*
720 Olive Way, Suite 1000
Seattle, WA 98101
Phone: (206) 224-5657
Fax (206) 224-5659

# EXHIBIT A





## INSERTION ORDER

This Insertion Order is a confirmation of the contracted campaign through 180technologies LLC
d/b/a MetricsDirect ("MetricsDirect"). This campaign will be delivered in accordance
with the terms and conditions set forth below.

**Campaign Name and Description:**

**Advertiser Information**
**Name:** Mainstream Advertising
**Contact:** Daniel Kay
**Address:** 6320 Canoga Ave. Suite 250
**Woodland hills ca 91367**
**Phone:** 800-993-3932
**Fax:** 818-884-3932
**Email Address:** daniel@mainstreamad.com

**Billing Contact:** Jakline G.
**Phone Number:** 818-888-5932 ext. 5
**Email Address:** accounting@mainstreamad.com

**Publisher Information**
**Name:** MetricsDirect
**Contact:**
**Address:** 3600 136th PL SE, Bellevue, WA 98006
**Phone Number:**
**Fax Number:**
**Email Address:**
**Sales Department:**

**Billing Contact:** Erin Yoshina
**Phone Number:** 425-279-1228
**Email Address:** eriny@180solutions.com

Advertiser understands and agrees that this Agreement is subject to the Contractual Terms set forth on
this page and the Terms and Conditions (an electronic copy can be found on the MetricsDirect website:
http://www.metricsdirect.com/Help/index.html?termsandconditions.htm ) and MetricsDirect agrees to be
bound thereby. Neither party shall disclose any of the terms and conditions of this Agreement to any
third party without the express written consent of the other party.

**Advertiser:**

Printed Name: *Daniel Kay*

Signature:

Date: 10 / 14 / 05

**Publisher: MetricsDirect**

Name: Jeff Bellamy (Director of Sales & Strategic Partnerships)

Signature: Jeff Bellamy

Date:

**General Terms:**

1. **Payment Terms:** net-30
2. **Cost Per Unit:** 2 cents per impression, based on the count reported by MetricsDirect
3. **Total Cost:**
4. **Cancellation:** 24 hours notice in writing/email by either party
5. **Start Date:** August 25, 2005
6. **End Date:** Ongoing

# EXHIBIT B

## Terms and Conditions

Previous Top

1. **INTRODUCTION:** MetricsDirect provides you access to our system (defined below) subject to your compliance with the terms and conditions below (the "Agreement"). Please read this Agreement carefully. By enrolling as an "Advertiser," you agree to be bound by these terms and conditions, including all payment terms (collectively, the "Agreement"). In this Agreement, "you" and "your" refers to the Advertiser. You agree that any of your agents, representatives, employees, or any person or entity acting on your behalf with respect to the use of the MetricsDirect advertising system, shall be bound by, and shall abide by, the terms and conditions in this Agreement. You further agree that you are bound by these terms and conditions whether you or your principal are acting on your own behalf or on behalf of a third party, including another advertiser.

2. **USE:** For purposes of this Agreement, the "MetricsDirect advertising system" is the process by which an Advertiser selects "Targets" - including Target terms and targeted URLs - that when entered in any Internet browser by a "MetricsDirect User" (any individual who has installed the Zango Search Assistant or 180search Assistant provided by MetricsDirect) will initiate the launch of the Advertiser's Web site or desired link in a separate browser window on the MetricsDirect User's computer screen. The MetricsDirect advertising system takes the ongoing results of the bids for Target placement and presents the highest available bidder's site to the MetricsDirect User. MetricsDirect does not guarantee that your Target listings will be available through any part of the MetricsDirect advertising system, and you understand that MetricsDirect reserves the right to not place your Target listing, and/or discontinue to place your Target listings within the MetricsDirect advertising system. You additionally understand that visits triggered by Targets include visits on the Target terms that you have selected as well as certain misspellings, singular/plural combinations, and other related terms or URLs that include your Target.

3. **PAYMENT:** You agree to pay MetricsDirect all applicable charges to your account in United States dollars, in accordance with the terms of the program and/or payment plan you selected, including, if any, all applicable taxes, in accordance with billing terms in effect at the time the fee becomes payable. You understand and agree that, in addition to any service fee, you will be charged for all visits on your Target listings and that such charges will be based on the number of visits on all your Target listings, multiplied by the cost per view (CPV) or cost of each of your Target listings, which shall be computed according to MetricsDirect advertising system rules. If you have chosen a payment plan that provides for a fixed maximum payment per month, you understand and agree that if your Visit Charges equal or exceed your monthly maximum payment, then your Target listings will be removed from the MetricsDirect advertising system for the remainder of that month. You may pay MetricsDirect only via credit card (Visa, MasterCard or American Express). You agree and represent that all information you provide for the purpose of enrolling as an Advertiser will be accurate, complete and current. Your right to access your account with MetricsDirect is subject to any limits established by MetricsDirect. If payment cannot be charged to your credit/charge/debit card, for whatever reason, or if there is a chargeback for any reason, or if your financial institution rejects our credit card charge, or if you exceed your monthly maximum payment, MetricsDirect reserves the right to either suspend or terminate your account with MetricsDirect. Suspension or termination includes but is not limited to, removal of your Target listings from the MetricsDirect advertising system. You must submit any claims or disputes you may have with respect to any charge to your account in writing to MetricsDirect within 60 days of such charge otherwise such claim or dispute will be waived and such charge will be final and not subject to challenge. In the event of any failure by you to make payment, you will be responsible for all reasonable expenses (including attorneys' fees) incurred by MetricsDirect in collecting such amounts.

4. **ACCESS:** For purposes of this Agreement, all Web pages that MetricsDirect owns, operates or hosts are referred to herein as the "MetricsDirect Web Site." You are authorized to access the MetricsDirect Web Site solely to manage your advertising account(s). You agree that you will not use the site or any content therein for any other purpose and that you will not disseminate or distribute any of pricing or performance information. Your right to access your account with MetricsDirect is personal to you and non-assignable and is subject to any limits established by MetricsDirect. You agree that you will not use any automated means, including, without limitation, agents, robots, scripts, or spiders, to access your account with MetricsDirect or to monitor or copy MetricsDirect Web Site or the content contained therein except those automated means expressly made available by MetricsDirect, if any, or authorized in advance and in writing by MetricsDirect (for example, MetricsDirect approved third party tools and services).

5. **MINIMUM BID:** Your listings in the MetricsDirect advertising system are subject to MetricsDirect current

minimum bid and minimum cost requirements.

**6. AUTOMATIC DEDUCTION:** If you enroll in the Automatic Deduction Plan, then you authorize MetricsDirect to automatically charge your credit card for the amount specified on the enrollment form whenever your account has less than $10.00 of funds left. You understand that you will receive e-mail notification after each transaction to notify you that your account has been replenished. Such charges will appear on your monthly credit card statement. MetricsDirect reserves the right to terminate this payment plan and/or your participation therein at any time. You also understand that at any time, you may elect to discontinue your enrollment in this plan by modifying your selection and billing option within the System. Unless you discontinue your enrollment in this plan, you understand that this authorization is valid until the termination of this Agreement or until your credit card expires.

**7. MONTHLY FIXED PAYMENTS:** If you enroll in the Monthly Fixed Payments Plan, then you authorize MetricsDirect to automatically charge your credit card each month up to the maximum amount specified on the enrollment form. You agree that the amount charged to your credit card will be equivalent to your monthly budget less any credits remaining from the prior month. You understand that you will receive e-mail notification from MetricsDirect at the beginning of each month to notify you of the amount your credit card has been charged to replenish your account. Such charges will appear on your monthly credit card statement. You understand that your MetricsDirect account may be suspended for the remainder of the month in which your account exceeds your budget amount. MetricsDirect reserves the right to terminate this payment plan and/or your participation therein at any time. You also understand that at any time, you may elect to discontinue your enrollment in this plan by modifying your selection and billing option within the System. Unless you discontinue your enrollment in this plan, you understand that this authorization is valid until the termination of this Agreement or until your credit card expires.

**8. ADVERTISER'S RESPONSIBILITIES.** You are responsible for understanding the process and workings of the MetricsDirect advertising system. You are solely responsible for the selection of all "Targets" (any keyword, URL, category, and other targeting mechanism), and for the content of your ads, including URL links. MetricsDirect is not responsible for anything regarding your Web site(s) including, but not limited to, maintenance of your Web site(s), order entry, customer service, payment processing, shipping, cancellations or returns. You represent and warrant that all information and content in the Target listing itself or through the Web site to which the Target listing links, (i) does not violate any law or regulation; (ii) does not infringe in any manner any copyright, patent, trademark, trade secret or other intellectual property right of any third party; (iii) does not breach any duty toward or rights of any person or entity including, without limitation, rights of publicity or privacy, and has not otherwise resulted in any consumer fraud, product liability, tort, breach of contract, injury, damage or harm of any kind to any person or entity; (iv) is not false or misleading; and/or (v) is neither defamatory, libelous, offensive, slanderous or threatening.

Accepting MetricsDirect Suggestions: MetricsDirect reserves the right to suggest, refuse, reject or remove any Target listing at its discretion at any time. MetricsDirect also reserves the right to make minor edits to keywords to ensure proper technological functioning. From time to time, (or as part of a particular program) MetricsDirect may provide suggestions to you for Target terms for any other element of a Target listing but the final decision to authorize any suggestion is yours. Ideas provided by MetricsDirect are only suggestions and you are under absolutely no obligation to use such suggestions. By using a Target term that may have been suggested by MetricsDirect, you acknowledge that such Target term is in compliance with the Advertiser Submissions Section above and with this Agreement. MetricsDirect reserves the right to terminate or suspend the account of any advertiser that may violate any of the terms in this Agreement.

**9. CONFIDENTIALITY:** "Confidential Information" means any information disclosed to you by MetricsDirect, either directly or indirectly, in writing, orally or by inspection of tangible objects, other than information that you can establish (i) was publicly known and made generally available in the public domain prior to the time of disclosure to you by MetricsDirect; (ii) becomes publicly known and made generally available after disclosure to you by MetricsDirect other than through your action or inaction; or (iii) is in your possession, without confidentiality restrictions, at the time of disclosure by MetricsDirect as shown by your files and records immediately prior to the time of disclosure. You shall not at any time (a) disclose, sell, license, transfer or otherwise make available to any person or entity any Confidential Information, (b) use any Confidential Information, or (c) reproduce or otherwise copy any Confidential Information, except as necessary in connection with the purpose for which such Confidential Information is disclosed to you or as required by applicable law. You agree to take all reasonable measures to protect the secrecy of and avoid disclosure and unauthorized use of the Confidential Information. All Confidential Information shall at all times remain MetricsDirect personal property and all documents, electronic media and other tangible items containing or

relating to any Confidential Information shall be delivered to MetricsDirect immediately upon MetricsDirect request.

**10. REPRESENTATIONS AND WARRANTIES:** You represent and warrant that you have sufficient authority to enter into this Agreement. You represent and warrant that each of your Target listings meets the standards and requirements of the Advertiser Responsibilities section above.

**11. INDEMNIFICATION:** You hereby agree to indemnify and hold harmless MetricsDirect, its information providers, licensors, licensees, consultants, contractors, agents, officers, directors, attorneys and employees from any and all liabilities, costs and expenses, including, without limitation, reasonable attorneys' fees, that may arise from (i) your use of the MetricsDirect advertising system or other MetricsDirect Web sites and/or your Web site (ii) any third party allegation or claim that the any information or content in the Target listing itself or through the Web site to which the Target listing links infringes upon or misappropriates any copyright, patent, trademark, trade secret or other intellectual property right of any third party, (iii) any breach of confidentiality obligations of this Agreement, or (iv) and/or your breach of the terms of this Agreement, including, without limitation, the breach of any representation or warranty. You agree to be solely responsible for defending any claim, subject to MetricsDirect right to participate with counsel of its own choosing, and for payment of damages or losses resulting from the foregoing to both a third party and MetricsDirect, provided that you will not agree to any settlement that imposes any obligation or liability MetricsDirect without MetricsDirect prior written consent.

**12. WARRANTY DISCLAIMER:** You expressly agree that your use of the MetricsDirect advertising system is at your own risk. The MetricsDirect advertising system is available on an "as is" basis, without warranty of any kind, express or implied. Neither MetricsDirect nor any of its information providers, licensors, licensees, employees, agents, attorneys, consultants or contractors, or entities within the MetricsDirect advertising system makes any warranty or representation whatsoever regarding the MetricsDirect advertising system, the success of your target listing as measured in any way, any information, services or products provided or available through or in connection with MetricsDirect and/or the MetricsDirect advertising system or any results obtained through the use thereof. MetricsDirect hereby disclaims on behalf of itself and all information providers, licensors, licensees, contractors, consultants, agents, entities within the MetricsDirect advertising system, officers, directors, attorneys and/or employees of it any and all warranties including, without limitation (1) any warranties as to the availability, accuracy or content of the MetricsDirect advertising system and/ or information, products or services available through the MetricsDirect advertising system; and (2) any warranties of title or warranties of merchantability or fitness for a particular purpose. Some states do not allow the exclusion of implied warranties, so the above exclusion may not apply to you. This limited warranty gives you specific legal rights, and you may also have other rights, which vary from state to state.

**13. LIMITATION OF LIABILITY:** Any liability of MetricsDirect, its information providers, licensors, licensees, officers, directors, employees, agents, consultants, entities within the MetricsDirect advertising system, attorneys or contractors, including, without limitation, any liability for damages caused or allegedly caused by any failure of performance, error, omission, interruption, deletion, defect, failure of delivery of merchandise, delay in operation or transmission, computer virus, communications line failure, theft or destruction or unauthorized access to, alteration of, or unlawful use of records, whether for breach of contract, tortuous behavior, negligence, or under any other cause of action, shall be strictly limited to the amount already paid by you to MetricsDirect for placement of target listings in the prior six month period. In no event shall MetricsDirect, its information providers, licensors, licensees, officers, directors, employees, entities within the MetricsDirect advertising system, agents, consultants, attorneys or contractors, be liable for any indirect, special, incidental, or consequential damages, arising out of this agreement, the use or inability to use the MetricsDirect advertising system and/or the sites linked to from the MetricsDirect advertising system or for any breach of warranty. Some states do not allow the limitation or exclusion of liability for incidental or consequential damages, so the above limitation or exclusion may not apply to you. You agree that you will not hold MetricsDirect responsible for the selection or retention of, or any acts, errors, or omissions by, any third party in connection with the MetricsDirect advertising system and/or sites linked to from the MetricsDirect advertising system, including, without limitation, those with whom MetricsDirect contracts to operate various portions of the MetricsDirect advertising system and those to whom MetricsDirect provides links to for content, advertising or any other type of data or information. Without limiting the foregoing, MetricsDirect shall have no liability hereunder by reason of any failure or delay in the performance of its obligations on account of strikes, shortages, riots, acts of terrorism, insurrection, fires, flood, storm, explosions, earthquakes, Internet outages, computer virus, acts of God, war, governmental action, or any other cause that is beyond MetricsDirect reasonable control.

**14. CANCELLATION OR TERMINATION:** If you are dissatisfied with the MetricsDirect advertising system or with any of the terms and conditions contained herein, your sole and exclusive remedy is to terminate your account. You may cancel your participation in the MetricsDirect advertising system at any time by logging into System and canceling your account. Notwithstanding anything contained in this Agreement to the contrary, MetricsDirect may, in its sole discretion, terminate your account, and discontinue your participation in the MetricsDirect advertising system or your use of any Target term or any Target listing. Reasons for MetricsDirect determination to so terminate or discontinue your account or participation as provided for above include, but are not limited to, if MetricsDirect believes that you or your principal violated this Agreement or other policies or guidelines of MetricsDirect or of a third party product or other members of the MetricsDirect advertising system that uses, licenses or distributes the MetricsDirect advertising system, or if MetricsDirect believes your conduct may be harmful to other consumers, advertisers or licensees who participate in (or offer to its users) the MetricsDirect advertising system. All decisions made by MetricsDirect in this matter will be final and neither MetricsDirect nor its licensees (or distributors) shall have any liability with respect to such decisions. IMPORTANT: CANCELLATION OR TERMINATION MAY NOT ALWAYS ENTITLE YOU TO A REFUND. PLEASE SEE THE SECTION ENTITLED "REFUNDS" FOR MORE INFORMATION. Sections 3, 4, 10, 11, 12, 13, 14, 15, 16, 17, 18 and 19 shall survive any termination of this Agreement.

**15. REFUNDS:** If MetricsDirect terminates your account MetricsDirect will give you electronic notice of such termination and your account will be deemed terminated when MetricsDirect sends such notice. If you decide to terminate your account, and you provide notice to MetricsDirect, your account will be deemed terminated when MetricsDirect receives such notice. You will only receive a refund for amounts not yet charged to your account. You will not receive a refund for any Visits already provided to you. PLEASE SEE THE SECTION ENTITLED "PAYMENT" FOR MORE INFORMATION.

**17. NOTICES:** MetricsDirect may give general notices to you by posting on the MetricsDirect advertising system or www.MetricsDirect.com or any one of MetricsDirect Web sites or, if possible, by electronic mail to the e-mail address provided by you to MetricsDirect. It is your responsibility to ensure that your e-mail address and any other contact information you provide to MetricsDirect is updated and correct.

**18. CHOICE OF LAW:** This Agreement shall be construed and controlled by the laws of the State of Washington. Any dispute arising from this Agreement, including, without limitation, a breach of this Agreement, shall be governed by the laws of the State of Washington, without regard to its conflict of laws principles. You agree to submit to the exclusive jurisdiction of the state and federal courts located in Seattle, Washington. Any claim against MetricsDirect arising from this Agreement shall be adjudicated on an individual basis, and shall not be consolidated in any proceeding with any claim or controversy of any other party.

**19. OTHER:** This Agreement constitutes the entire Agreement between the parties with respect to the subject matter contained herein and supersedes all previous and contemporaneous agreements, proposals and communications, written or oral, between you and MetricsDirect. Only a written instrument executed by the party waiving compliance may waive the terms or covenants of this Agreement. If any provision of this Agreement is held or made invalid or unenforceable for any reason, such invalidity shall not affect the remainder of this Agreement, and the invalid or unenforceable provisions shall be replaced by a mutually acceptable provision, which being valid, legal and enforceable comes closest to the original intentions of the parties hereto and has like economic effect. This Agreement is not intended to benefit, nor shall it be deemed to give rise to, any rights in any third party, except as specifically set forth in this Agreement. MetricsDirect may change this Agreement at any time upon notice published on the MetricsDirect advertising system or any one of MetricsDirect's Web sites or by e-mail notification to you. Any use of the MetricsDirect advertising system or any of MetricsDirect's sites after such notice shall be deemed to be continued acceptance of this Agreement including its amendments and modifications. MetricsDirect reserves the right to discontinue offering the MetricsDirect advertising system at any time.

# EXHIBIT C

# zango

Zango, Inc.
3600 136th Place SE
Bellevue WA   98006

| | |
|---|---|
| Order | 067150 |
| Date | 5/31/2006 |
| Page | 1 |

**Bill To:**

MainStream Advertising Global2000

**Ship To:**

MainStream Advertising Global2000

| Purchase Order No. | Customer ID | Salesperson ID | Shipping Method | Payment Terms | Req Ship Date | Master No. |
|---|---|---|---|---|---|---|
| MAINSTREAM ADVERTIS | 033481 | 31 | | Net 30 | 5/31/2006 | 87,234 |

| Ordered | Shipped | B/O | Item Number | Description | Discount | Unit Price | Ext Price |
|---|---|---|---|---|---|---|---|
| 1 | 1 | 0 | 500035002 | MainStream Advertising Global2000 (27783) | US$ 0.00 | SS$ 66,212.00 | JS$ 66,212.00 |

| | |
|---|---|
| Subtotal | US$ 66,212.00 |
| Misc | US$ 0.00 |
| Tax | US$ 0.00 |
| Freight | US$ 0.00 |
| Trade Discount | US$ 0.00 |
| Total | US$ 66,212.00 |

# zango

## INVOICE
MainStream Advertising Global2000

| | DATE | 3/31/2008 | INVOICE # | REV#064057 |
|---|---|---|---|---|

| TERMS | IO NUMBER | REP |
|---|---|---|
| Net 30 | | |

| DESCRIPTION/ITEM | QUANTITY | AMOUNT |
|---|---|---|
| MainStream Advertising Global2000 (32038) | | $150,000.00 |

| Please remit payment to: | | TOTAL | $150,000.00 |
|---|---|---|---|
| Zango, Inc. | | PAYMENTS/CREDITS | ($49,637.26) |
| PO Box 84294 | | | |
| Seattle, WA 98124-6794 | | BALANCE DUE | $100,362.74 |

| System: | 1/26/2007 | 4:29:13 PM |
|---|---|---|
| User Date: | 1/26/2007 | |

# DETAIL HISTORICAL AGED TRIAL BALANCE
## Zango Technologies
### Receivables Management

Page: 1
User ID: erlny

**Ranges:**

| | | | | |
|---|---|---|---|---|
| Customer ID: | 033481 - 033481 | Inv Type: | First - Last | State: First - Last |
| Customer Class: | First - Last | Customer Name: | First - Last | Telephone: First - Last |
| Salesperson ID: | First - Last | Short Name: | First - Last | ZIP Code: First - Last |
| Sales Territory: | First - Last | Posting Date: | First - 1/31/2007 | |

Account Type: All
Aging Date: 1/31/2007
Print Currency In: Functional (Z-US$)
Exclude: Multicurrency Info

Customer: 033481    Name: MainStream Advertising Global2000    Account Type: Open Item

| Inv Type: MINV | Salesperson: 31 | Credit: US$ 3,000,000.00 |
|---|---|---|
| Contact: | Territory: BUS. ADVANTAGE | |
| Phone: (000) 000-0000 Ext. 0000 | Terms: Net 30 | |

\* - Indicate an unposted credit document that has been applied.

| Document Number | (Applied) | Type | Date | Amount | Current | 1-30 Days | 31-60 Days | 61-90 Days | 91 and Over |
|---|---|---|---|---|---|---|---|---|---|
| 044314 | | SLS | 5/1/2005 | US$ 28,634.82 | | | | | US$ 28,634.82 |
| PYMNT000000094336 | 044314 | | 5/25/2005 | | | | | | (US$ 28,634.82) |
| 048981 | | SLS | 5/31/2005 | US$ 100,000.00 | | | | | US$ 100,000.00 |
| PYMNT00000001481 | 048981 | | 7/31/2005 | | | | | | (US$ 23,580.00) |
| PYMNT00000104386 | | | 8/2/2005 | | | | | | (US$ 76,420.00) |
| 047434 | | SLS | 6/30/2005 | US$ 63,380.00 | | | | | US$ 63,380.00 |
| CREDT000000001697 | 047434 | | 11/4/2005 | | | | | | (US$ 63,380.00) |
| 059807 | | SLS | 11/30/2005 | US$ 20,000.00 | | | | | US$ 20,000.00 |
| CREDT000000001718 | 059807 | | 11/29/2005 | | | | | | (US$ 20,000.00) |
| 059888 | | SLS | 11/30/2005 | US$ 23,580.00 | | | | | US$ 23,580.00 |
| CREDT000000001697 | 059888 | | 11/4/2005 | | | | | | (US$ 23,580.00) |
| 061656 | | SLS | 12/31/2005 | US$ 205,387.50 | | | | | US$ 205,387.50 |
| CREDT000000001718 | | | 11/29/2005 | | | | | | (US$ 23,580.00) |
| CREDT000000001773 | | | 12/30/2005 | | | | | | (US$ 80,000.00) |
| PYINT00000147007 | | | 1/3/2006 | | | | | | (US$ 100,000.00) |
| PYMNT00000155484 | | | 3/20/2006 | | | | | | (US$ 174.70) |
| PYMNT00000155484 | | | 3/20/2006 | | | | | | (US$ 25,212.80) |
| 062909 | | SLS | 1/31/2006 | US$ 217,680.59 | | | | | US$ 217,680.59 |
| PYMNT00000155484 | | | 3/20/2006 | | | | | | (US$ 197,854.20) |
| PYMNT00000171135 | | | 6/16/2006 | | | | | | (US$ 19,826.39) |
| 064057 | | SLS | 2/28/2006 | US$ 150,000.00 | | | | | US$ 150,000.00 |
| PYMNT00000171135 | | | 6/16/2006 | | | | | | (US$ 825.28) |
| PYMNT00000187312 | | | 8/22/2006 | | | | | | (US$ 39,958.49) |
| 065027 | | SLS | 3/31/2006 | US$ 343,517.70 | | | | | US$ 343,517.70 |
| 066134 | | SLS | 4/30/2006 | US$ 78,091.93 | | | | | US$ 78,091.93 |
| 067150 | | SLS | 5/31/2006 | US$ 66,212.00 | | | | | US$ 66,212.00 |
| CREDT000000001481 | Mainstream Adv.-Over | CR | 7/31/2005 | (US$ 23,580.00) | | | | | |
| CREDT000000001697 | to move wire from 180s | CR | 11/4/2005 | (US$ 86,960.00) | | | | | |
| CREDT000000001718 | To move wire from 180 | CR | 11/29/2005 | (US$ 100,000.00) | | | | | |
| CREDT000000001773 | To move wire from 180 | CR | 12/30/2005 | (US$ 100,000.00) | | | | | |
| PYMNT000000084336 | | PMT | 5/25/2005 | (US$ 28,634.82) | | | | | |
| PYMNT00000104386 | | PMT | 8/2/2005 | (US$ 76,420.00) | | | | | |

System:      1/26/2007          4:29:13 PM
User Date:   1/26/2007

**DETAIL HISTORICAL AGED TRIAL BALANCE**
Zango Technologies

Page:      2
User ID:   entry

| | | | | | | | Balance |
|---|---|---|---|---|---|---|---|
| PYMNT0000001470O7 | PMT | 1/31/2006 | (US$ 174.70) | | | | |
| PYMNT00000155484 | PMT | 3/20/2006 | (US$ 223,067.00) | | | | |
| PYMNT00000171135 | PMT | 6/16/2006 | (US$ 20,651.67) | | | | |
| PYMNT00000187312 | PMT | 8/2/2006 | (US$ 39,958.49) | | | | |
| PYMNT00000203209 | PMT | 10/31/2006 | | | | | (US$ 8,853.49) |

| | | | | | | | Balanc |
|---|---|---|---|---|---|---|---|
| Totals: | US$ 0.00 | US$ 0.00 | US$ 0.00 | US$ 0.00 | US$ 0.00 | US$ 588,184.37 | US$ 588,184.: |

| | Customer(s) | Current | 1-30 Days | 31 - 60 Days | 61 - 90 Days | 91 and Over | Balanc |
|---|---|---|---|---|---|---|---|
| Grand Totals: | 1 | US$ 0.00 | US$ 0.00 | US$ 0.00 | US$ 0.00 | US$ 588,184.37 | US$ 588,184.: |

# zango

Zango, Inc.
3600 136th Place SE
Bellevue WA    98006

| Invoice | 065027 |
|---------|--------|
| Date | 3/31/2006 |
| Page | 1 |

**Bill To:**

MainStream Advertising Global2000

**Ship To:**

MainStream Advertising Global2000

| Purchase Order No. | Customer ID | Salesperson ID | Shipping Method | Payment Terms | Req Ship Date | Master No. |
|---|---|---|---|---|---|---|
| MAINSTREAM ADVERTI | 033481 | 31 | | Net 30 | 3/31/2006 | 84,455 |

| Ordered | Shipped | B/O | Item Number | Description | Discount | Unit Price | Ext. Price |
|---|---|---|---|---|---|---|---|
| 1 | 1 | 0 | 500035001 | MainStream Advertising Global2000 (32038) | US$ 0.00 | $ 343,517.70 | S$ 343,517.70 |

| | |
|---|---|
| Subtotal | US$ 343,517.70 |
| Misc | US$ 0.00 |
| Tax | US$ 0.00 |
| Freight | US$ 0.00 |
| Trade Discount | US$ 0.00 |
| Total | US$ 343,517.70 |

# zango

Zango, Inc.
3600 136th Place SE
Bellevue WA    98006

| Invoice | 066134 |
|---|---|
| Date | 4/30/2006 |
| Page | 1 |

**Bill To:**

MainStream Advertising Global2000

**Ship To:**

MainStream Advertising Global2000

| Purchase Order No. | Customer ID | Salesperson ID | Shipping Method | Payment Terms | Req Ship Date | Master No. |
|---|---|---|---|---|---|---|
| MAINSTREAM ADVERTIS | 033481 | 31 | | Net 30 | 4/30/2006 | 85,892 |

| Ordered | Shipped | B/O | Item Number | Description | Discount | Unit Price | Ext Price |
|---|---|---|---|---|---|---|---|
| 1 | 1 | 0 | 500035002 | MainStream Advertising Global2000 (32038) | US$ 0.00 | US$ 49,531.93 | US$ 49,531.93 |
| 1 | 1 | 0 | 500035002 | MainStream Advertising Global2000 (27783) | US$ 0.00 | US$ 28,560.00 | US$ 28,560.00 |

| | |
|---|---|
| Subtotal | US$ 78,091.93 |
| Misc | US$ 0.00 |
| Tax | US$ 0.00 |
| Freight | US$ 0.00 |
| Trade Discount | US$ 0.00 |
| Total | US$ 78,091.93 |