| Attorney or Party without Attorney: | | For Court Use Only |
|---|---|---|
| HARRIS & MOURE<br>720 OLIVE WAY, SUITE 1000<br>WASHINGTON, CA 98101<br>Telephone No: (206) 224-5657 | | |
| Attorney for: Plaintiff | Ref. No. or File No.: | |

Insert name of Court, and Judicial District and Branch Court:
United States District Court, Western District Of Washington At Seattle

Plaintiff: ZANGO, INC., F/K/A/

Defendant: MAINSTREAM ADVERTISING

| **PROOF OF SERVICE**<br>**SUMMONS & COMPLAINT** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>CV7507MJP |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons & Complaint

3.  a. Party served:                                    MAINSTREAM ADVERTISING
    b. Person served:                                   SANDY MAGIDA- AUTHORIZED TO ACCEPT SERVICE OF PROCESS -

4. Address where the party was served:                 10850 WILSHIRE BLVD., 1170
                                                        LOS ANGELES, CA 90024

5. I served the party:
   b. by substituted service. On: Tue., Apr. 10, 2007 at: 3:38PM by leaving the copies with or in the presence of:
                                                        SANDY MAGIDA- AUTHORIZED TO ACCEPT SERVICE OF PROCESS -,
                                                        White, Female, 50 Years Old, Blond Hair, 5 Feet 9 Inches, 155 Pounds
   (1) **(Business)** Authorized to Accept. I informed him or her of the general nature of the papers.
   (4) I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the
       copies were left (Code Civ. Proc., 415.20). I mailed the document on: Tue., Apr. 10, 2007 from: LOS ANGELES, CA

6. The "Notice to the Person Served" (on the Summons) was completed as follows:
   on behalf of: MAINSTREAM ADVERTISING
   Under CCP 416.50 (public entity)

7. **Person Who Served Papers:**                            Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. GONZALO PALACIOS                          d. **The Fee** for Service was:    $79.50
   b. EXECUTIVE LEGAL NETWORK INC.              e. I am: (3) registered California process server
      800 WEST 1ST STREET, SUITE #103                  (i)   Independent Contractor
      LOS ANGELES, CA 90012                            (ii)  Registration No.:    5221
   c. (213) 482-6680, FAX (213) 482-6688               (iii) County:              Los Angeles

8. **I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.**

Date: Wed, Apr. 11, 2007                              ⟨signature⟩

Judicial Council Form POS-010                PROOF OF SERVICE             (GONZALO PALACIOS)
Rule 982.9.(a)&(b) Rev January 1, 2007       SUMMONS & COMPLAINT                                    moure.289813

Dockets.Justia.com