The Honorable Marsha J. Pechman

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| ZANGO, INC. f/k/a/ 180SOLUTIONS, INC., a Washington corporation, a/k/a/ METRICSDIRECT,<br><br>Plaintiff,<br><br>v.<br><br>MAINSTREAM ADVERTISING, a California corporation,<br><br>Defendant. | No. C07-507 MJP<br><br>NOTICE OF APPEARANCE |

TO:        CLERK OF THE COURT

AND TO:    ZANGO, INC., Plaintiff

AND TO:    Charles P. Moure and Daniel P. Harris, Plaintiff's counsel

PLEASE TAKE NOTICE that the appearance of Defendant Mainstream Advertising is hereby entered in the above-entitled action through the undersigned attorneys, and that all future pleadings or papers, exclusive of original process, are to be served upon said attorneys at the address below stated. Such appearance does not constitute a waiver of any claims which may be made by Defendant

NOTICE OF APPEARANCE (C07-507MJP) - 1
Z:\Active Clients\Mainstream-3188\002 Zango\P DDD Notice Appear 05-14-07.doc

FERRING & DELUE LLP
600 STEWART ST STE 1115
SEATTLE, WA 98101-1242
TEL: 206.508.3804  FAX: 206.508.3817

Dockets.Justia.com

concerning improper service of process, personal jurisdiction, subject-matter jurisdiction, and/or statute of limitations.

DATED this 14th day of May, 2007.

*Ferring & DeLue LLP*

By /s Daniel D. DeLue
Michael H. Ferring, WSBA #19399
Daniel D. DeLue, WSBA #29357
Attorneys for Defendant
Ferring & DeLue LLP
600 Stewart St Ste 1115
Seattle, WA 98101-1242
Telephone: (206) 508-3804
Fax: (206) 508-3817
E-mail: dan@ferringdelue.com

NOTICE OF APPEARANCE (C07-507MJP) - 2
Z:\Active Clients\Mainstream-3188\002 Zango\P DDD Notice Appear 05-14-07.doc

FERRING & DELUE LLP
600 STEWART ST STE 1115
SEATTLE, WA 98101-1242
TEL: 206.508.3804  FAX: 206.508.3817

## CERTIFICATE OF SERVICE

I, LYNN MAGNUSON, hereby certify and declare under penalty of perjury under the laws of the State of Washington, that a true and accurate copy of the foregoing pleading was electronically filed with the Clerk of the Court for the United States District Court, Western District of Washington at Seattle, using the CM/ECF system which will send notification of such filing to the following:

**Charles P. Moure**
charles@harrismoure.com, harrismoure@yahoo.com

**Daniel P. Harris**
dan@harrismoure.com, harrismoure@yahoo.com, harrisdanp@hotmail.com

DATED this 14th day of May, 2007.

*Ferring & DeLue LLP*

By s/Lynn Magnuson
Lynn Magnuson
Paralegal
Ferring & DeLue LLP
600 Stewart St Ste 1115
Seattle, WA 98101-1242
Telephone: (206) 508-3804
Fax: (206) 508-3817
E-mail: lynn@ferringdelue.com

NOTICE OF APPEARANCE (C07-507MJP) - 3
Z:\Active Clients\Mainstream-3188\002 Zango\P DDD Notice Appear 05-14-07.doc

FERRING & DELUE LLP
600 STEWART ST STE 1115
SEATTLE, WA 98101-1242
TEL: 206.508.3804  FAX: 206.508.3817