The Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ZANGO, INC. f/k/a/ 180SOLUTIONS, INC., a Washington corporation, a/k/a/ METRICSDIRECT,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>MAINSTREAM ADVERTISING, a California corporation,<br><br>　　　　　　Defendant. | No. C07-507 MJP<br><br>DEFENDANT'S CORPORATE DISCLOSURE STATEMENT |

Pursuant to Federal Rule of Civil Procedure 7.1(a), Defendant Mainstream Advertising, by and through its undersigned counsel makes the following disclosures:

Mainstream Advertising has no parent corporation nor does any other corporation own 10% or more of Mainstream Advertising's stock.

DATED this 14th day of May, 2007.

*Ferring & DeLue LLP*

By /s Daniel D. DeLue
　　Michael H. Ferring, WSBA #19399
　　Daniel D. DeLue, WSBA #29357
　　Attorneys for Defendant
　　Ferring & DeLue LLP

DEFENDANT'S CORPORATE DISCLOSURE STATEMENT (C07-507MJP) - 1
Z:\Active Clients\Mainstream-3188\002 Zango\P DDD Corp Discl 05-14-07.doc

FERRING & DELUE LLP
600 STEWART ST STE 1115
SEATTLE, WA 98101-1242
TEL: 206.508.3804  FAX: 206.508.3817

Dockets.Justia.com

600 Stewart St Ste 1115
Seattle, WA 98101-1242
Telephone: (206) 508-3804
Fax: (206) 508-3817
E-mail: dan@ferringdelue.com

## CERTIFICATE OF SERVICE

I, LYNN MAGNUSON, hereby certify and declare under penalty of perjury under the laws of the State of Washington, that a true and accurate copy of the foregoing pleading was electronically filed with the Clerk of the Court for the United States District Court, Western District of Washington at Seattle, using the CM/ECF system which will send notification of such filing to the following:

**Charles P. Moure**
charles@harrismoure.com, harrismoure@yahoo.com

**Daniel P. Harris**
dan@harrismoure.com, harrismoure@yahoo.com, harrisdanp@hotmail.com

DATED this 14th day of May, 2007.

*Ferring & DeLue LLP*

By <u>s/Lynn Magnuson</u>
Lynn Magnuson
Paralegal
Ferring & DeLue LLP
600 Stewart St Ste 1115
Seattle, WA 98101-1242
Telephone: (206) 508-3804
Fax: (206) 508-3817
E-mail: lynn@ferringdelue.com

DEFENDANT'S CORPORATE DISCLOSURE
STATEMENT (C07-507MJP) - 2
Z:\Active Clients\Mainstream-3188\002 Zango\P DDD Corp
Discl 05-14-07.doc

FERRING & DELUE LLP
600 STEWART ST STE 1115
SEATTLE, WA 98101-1242
TEL: 206.508.3804   FAX: 206.508.3817