The Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ZANGO, INC. f/k/a/ 180SOLUTIONS, INC., a Washington corporation, a/k/a/ METRICSDIRECT,

Plaintiff,

v.

MAINSTREAM ADVERTISING, a California corporation,

Defendant.

No. C07-507 MJP

DEFENDANT'S INITIAL DISCLOSURE PURSUANT TO FRCP 26(a)

### A. *Persons With Discoverable Information*

1.　Daniel Kay, Mainstream Advertising, Inc., 6345 Balboa Blvd Ste 225, Encino, CA 91316-1510, 800-993-3932. Information regarding contract negotiations, knowledge regarding damages to business.

2.　James Morin, Mainstream Advertising, Inc., 6345 Balboa Blvd Ste 225, Encino, CA 91316-1510, 818-888-5932 ext 5. Information regarding billing/invoices, and working on account services.

3.　All employees and directors working at Mainstream Advertising.

PLAINTIFF'S INITIAL DISCLOSURE PURSUANT TO FRCP 26(a) (C07-507MJP) - 1
Z:\Active Clients\Mainstream-3188\002 Zango\P DDD Initial Disclosure 06-18-07.doc

FERRING & DELUE LLP
600 STEWART ST STE 1115
SEATTLE, WA 98101-1242
TEL: 206.508.3804  FAX: 206.508.3817

Dockets.Justia.com

### B. Documents

The documents which Defendant will use to support its claims consist of contract documents and records relating to performance, if any, under the contract documents.

### C. Damages

Defendant is seeking the damages in an amount to be proven at trial for impact to business relations with clients for Zango's click fraud practices.

DATED this 18th day of June, 2007.

**Ferring & DeLue LLP**

By /s Daniel D. DeLue
Michael H. Ferring, WSBA #19399
Daniel D. DeLue, WSBA #29357
Attorneys for Defendant
Ferring & DeLue LLP
600 Stewart St Ste 1115
Seattle, WA 98101-1242
Telephone: (206) 508-3804
Fax: (206) 508-3817
E-mail: dan@ferringdelue.com

### CERTIFICATE OF SERVICE

I, LYNN MAGNUSON, hereby certify and declare under penalty of perjury under the laws of the State of Washington, that a true and accurate copy of the foregoing pleading was electronically filed with the Clerk of the Court for the United States District Court, Western District of Washington at Seattle, using the CM/ECF system which will send notification of such filing to the following:

**Charles P. Moure**
charles@harrismoure.com, harrismoure@yahoo.com

PLAINTIFF'S INITIAL DISCLOSURE PURSUANT TO
FRCP 26(a) (C07-507MJP) - 2
Z:\Active Clients\Mainstream-3188\002 Zango\P DDD Initial Disclosure 06-18-07.doc

FERRING & DELUE LLP
600 STEWART ST STE 1115
SEATTLE, WA 98101-1242
TEL: 206.508.3804  FAX: 206.508.3817

**Daniel P. Harris**
dan@harrismoure.com, harrismoure@yahoo.com, harrisdanp@hotmail.com

DATED this 18th day of June, 2007.

*Ferring & DeLue LLP*

By <u>s/Lynn Magnuson</u>
Lynn Magnuson
Paralegal
Ferring & DeLue LLP
600 Stewart St Ste 1115
Seattle, WA 98101-1242
Telephone: (206) 508-3804
Fax: (206) 508-3817
E-mail: lynn@ferringdelue.com

PLAINTIFF'S INITIAL DISCLOSURE PURSUANT TO
FRCP 26(a) (C07-507MJP) - 3
Z:\Active Clients\Mainstream-3188\002 Zango\P DDD Initial
Disclosure 06-18-07.doc

FERRING & DELUE LLP
600 STEWART ST STE 1115
SEATTLE, WA 98101-1242
TEL: 206.508.3804  FAX: 206.508.3817