THE HONORABLE JUDGE MARSHA PECHMAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| Zango, Inc., f/k/a 180solutions, Inc., a Washington corporation, a/k/a MetricsDirect,<br><br>Plaintiff,<br><br>v.<br><br>Mainstream Advertising, a California Corporation,<br><br>Defendant. | ZANGO, INC'S INITIAL DISCLOSURES PURSUANT TO FRCP 26(A)(1)<br><br>No. CV 7-507 |

Plaintiff submits its initial disclosures pursuant to Federal Rule of Civil Procedure 26(a)(1) as follows:

A. In addition to witnesses listed by Defendant Mainstream Advertising, plaintiff Zango, Inc. currently believes the following persons are likely to have discoverable information:

1. Treves Hokama
   Zango, Inc.
   3600 136th Place SE
   Bellevue, WA 98006
   425.279.1200

Treves Hokama may obtain discoverable information regarding liability and/or damage issues including but not limited to Mainstream's failure to pay $588,184.37 for internet marketing services provided by plaintiff Zango, Inc.

ZANGO, INC'S INITIAL DISCLOSURES
PURSUANT TO FRCP 26(A)(1) - 1

Harris & Moure
A Professional Limited Liability Corporation
720 Olive Way, Suite 1000
Seattle, WA 98101
Phone: (206) 224-5657
Fax: (206) 224-5659

2. Tareq Barkawi
   Zango, Inc.
   3600 136th Place SE
   Bellevue, WA 98006
   425.279.1200

   Tareq Barkawi may obtain discoverable information regarding liability and/or damage issues including but not limited to Mainstream's failure to pay $588,184.37 for internet marketing services provided by plaintiff Zango, Inc.

3. Erin Yoshina
   Zango, Inc.
   3600 136th Place SE
   Bellevue, WA 98006
   425.279.1200

   Erin Yoshina may obtain discoverable information regarding liability and/or damage issues including but not limited to Mainstream's failure to pay $588,184.37 for internet marketing services provided by plaintiff Zango, Inc.

4. James Morin
   Senior Accountant
   Mainstream Advertising, Inc.
   6320 Canoga Ave. Suite 250
   Woodland Hills, CA 91367
   818-888-5932 ext.225 (P)
   818-992-4776 (F)

   James Morin may obtain discoverable information regarding liability and/or damage issues including but not limited to Mainstream's failure to pay $588,184.37 for internet marketing services provided by plaintiff Zango, Inc.

5. Daniel Kay
   Mainstream Advertising, Inc.
   6320 Canoga Ave. Suite 250
   Woodland Hills, CA 91367
   818-888-5932 (P)
   818-992-4776 (F)

   Daniel Kay may obtain discoverable information regarding liability and/or damage issues including but not limited to Mainstream's failure to pay $588,184.37 for internet marketing services provided by plaintiff Zango, Inc.

ZANGO, INC'S INITIAL DISCLOSURES
PURSUANT TO FRCP 26(A)(1) - 2

Harris & Moure
A Professional Limited Liability Corporation
720 Olive Way, Suite 1000
Seattle, WA 98101
Phone: (206) 224-5657
Fax: (206) 224-5659

6. Jakline G.
Mainstream Advertising, Inc.
6320 Canoga Ave. Suite 250
Woodland Hills, CA 91367
818-888-5932 (P)
818-992-4776 (F)

Jakline G. may obtain discoverable information regarding liability and/or damage issues including but not limited to Mainstream's failure to pay $588,184.37 for internet marketing services provided by plaintiff Zango, Inc.

7. Other persons identified in discovery responses and documents obtained in discovery may possess discoverable information regarding liability and/or damages issues.

8. Plaintiff reserves the right to identify other individuals within the scope of FRCP 26(a)(1)(A) as discovery and investigation continue.

B. In addition to the documents and tangible items identified by defendants, plaintiff currently produces the documents attached to this disclosure.

Categories of relevant documents include but are not limited to:

All documents held by Zango, Inc. regarding liability and damages. All documents held by Mainstream regarding liability and damages. All documents regarding liability and damages held by third-party clients of Mainstream who purchased Zango internet advertising leads from Mainstream.

Plaintiff reserves the right to identify other documents and tangible items within the scope of FRCP 26(a)(1)(B) as discovery and investigation continue.

C. Plaintiff suffered damages by, among other things, incurring $588,184.37, plus interest and attorneys' fees and costs for having to bring this lawsuit. Plaintiff reserves the right to amend and include additional damages as discovery and investigation continue.

ZANGO, INC'S INITIAL DISCLOSURES
PURSUANT TO FRCP 26(A)(1) - 3

Harris & Moure
A Professional Limited Liability Corporation
720 Olive Way, Suite 1000
Seattle, WA 98101
Phone (206) 224-5657
Fax (206) 224-5659

DATED this Tuesday, June 19, 2007.

HARRIS & MOURE, pllc

By _____
Daniel P. Harris, WSBA # 16778
Charles P. Moure, WSBA # 23701
Attorneys for Plaintiff Talon

ZANGO, INC'S INITIAL DISCLOSURES
PURSUANT TO FRCP 26(A)(1) - 4

Harris & Moure
A Professional Limited Liability Corporation
720 Olive Way, Suite 1000
Seattle, WA 98101
Phone (206) 224-5657
Fax (206) 224-5659

## CERTIFICATE OF SERVICE

IT IS HEREBY CERTIFIED that service of plaintiff's Initial Disclosures has been made this Tuesday, June 19, 2007, by sending a copy via the ECF electronic delivery service to:

Michael H. Ferring
Daniel D. DeLue
Ferring & DeLue LLP
600 Stewart Street, Suite 1115
Seattle, Washington 98101-1242
T. 206-508-3804
F. 206-508-3817

Signed at Seattle, Washington this Tuesday, June 19, 2007.

_____
Charles Moure

ZANGO, INC'S INITIAL DISCLOSURES
PURSUANT TO FRCP 26(A)(1) - 5

Harris & Moure
A Professional Limited Liability Corporation
720 Olive Way, Suite 1000
Seattle, WA 98101
Phone: (206) 224-5657
Fax: (206) 224-5659