UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ZANGO, INC., f/k/a 180SOLUTIONS, INC.,

    Plaintiff,

    v.

MAINSTREAM ADVERTISING,

    Defendant.

Case No. C07-507P

ORDER SETTING TRIAL
DATE & RELATED DATES

| | |
|---|---|
| **TRIAL DATE** | July 21, 2008 |
| Deadline for joining additional parties | July 30, 2007 |
| Deadline for filing additional pleadings | August 10, 2007 |
| Reports from expert witnesses under FRCP 26(a)(2) due | January 23, 2008 |
| All motions related to discovery must be filed by and noted on the motion calendar no later than the third Friday thereafter (see CR7(d)) | February 22, 2008 |
| Discovery completed by | March 24, 2008 |
| All dispositive motions must be filed by and noted on the motion calendar no later than the fourth Friday thereafter (see CR 7(d)) | April 22, 2008 |
| Settlement conference per CR 39.1(c)(2) held no later than | May 22, 2008 |
| Mediation per CR 39.1(c)(3) held no later than | June 20, 2008 |
| All motions in limine must be filed by and noted on the motion calendar no later than the second Friday thereafter | June 23, 2008 |
| Agreed pretrial order due | July 9, 2008 |
| Pretrial conference | July 11, 2008 at 1:30 p.m. |

ORDER SETTING TRIAL DATE & RELATED DATES - 1

| | |
|---|---|
| Witness/Exhibits lists | July 16, 2008 |
| Length of Trial: 5 days | Non Jury <u>X</u> |

These dates are set at the direction of the Court after reviewing the joint status report and discovery plan submitted by the parties. All other dates are specified in the Local Civil Rules. If any of the dates identified in this Order or the Local Civil Rules fall on a weekend or federal holiday, the act or event shall be performed on the next business day. These are firm dates that can be changed only by order of the Court, not by agreement of counsel or the parties. The Court will alter these dates only upon good cause shown: failure to complete discovery within the time allowed is not recognized as good cause.

If the trial date assigned to this matter creates an irreconcilable conflict, counsel must notify the Deputy Clerk, Eileen Scollard, in writing within 10 days of the date of this Order and must set forth the exact nature of the conflict. A failure to do so will be deemed a waiver. Counsel must be prepared to begin trial on the date scheduled, but it should be understood that the trial may have to await the completion of other cases.

## COOPERATION:

As required by CR 37(a), all discovery matters are to be resolved by agreement if possible. Counsel are further directed to cooperate in preparing the final pretrial order in the format required by CR 16.1, except as ordered below.

## EXHIBITS:

The original and one copy of the trial exhibits are to be delivered to chambers five days before the trial date. Each exhibit shall be clearly marked. Exhibit tags are available in the Clerk's Office. The Court hereby alters the CR 16.1 procedure for numbering exhibits: plaintiff's exhibits shall be numbered consecutively beginning with 1; defendant's exhibits shall be numbered consecutively beginning with the **next number series** not used by plaintiff. Duplicate documents shall not be listed twice: once a party has identified an exhibit in the

ORDER SETTING TRIAL DATE & RELATED DATES - 2

1  pretrial order, any party may use it. Each set of exhibits shall be submitted in a three-ring binder
2  with appropriately numbered tabs.

**SETTLEMENT:**

Should this case settle, counsel shall notify Eileen Scollard as soon as possible at 206-370-8518. Pursuant to GR 3(b), an attorney who fails to give the Deputy Clerk prompt notice of settlement may be subject to such discipline as the Court deems appropriate.

A copy of this Minute Order shall be mailed to all counsel of record.

DATED this 2nd day of July, 2007.

*/S/Marsha J. Pechman*
Marsha J. Pechman
United States District Judge

ORDER SETTING TRIAL DATE & RELATED DATES - 3